THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANZE R. MASON, Appellant.

Submitted March 30, 2017; decided March 23, 2017

On the Court's own motion, appeal dismissed upon the ground that the criminal prosecution abated by reason of defendant's death (see People v Ortiz, 77 NY2d 821 [1990]).